UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 20-757 |
| FAVALORA CONSTRUCTORS, INC. | SECTION "F" (4) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of any party to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the United States of America's **PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS (R. Doc. 1)** is **GRANTED**.

**IT IS FURTHER ORDERED** that respondent, Favalora Constructors, Inc., shall comply with the IRS Summons **on or before September 15, 2021**.

New Orleans, Louisiana, this 12th day of August, 2021.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE